UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:15-cr-00111-MPS |
| v. | : | |
| HEATHER A. ALFONSO | : | FEBRUARY 12, 2016 |

**DEFENDANT'S MOTION TO SEAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Pursuant to Local Rule of Criminal Procedure 57(b)(4)(b), the Defendant, Heather A. Alfonso, hereby respectfully moves to file under seal (1) the instant motion; and (2) the accompanying Motion for Continuance of Sentencing. Defendant submits that, if publicly disclosed, the contents of the documents to be sealed could compromise the integrity of an ongoing criminal investigation. Accordingly, the Defendant respectfully moves that her Motion to Seal and Motion for Continuance be filed under seal in the interest of justice.

A district court ruling to seal a motion shall enter a "specific, on the record findings … demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Press-Enterprise Co. v. Superior Court*, 478 U.S. 1, 106 S.Ct. 2735, 2743, 92 L.Ed.2d 1 (1986) ("Press-Enterprise II ") (quoting *Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 510, 104 S.Ct. 819, 824, 78 L.Ed.2d 629 (1984)).

In *United States v. Haller*, 837 F.2d 84, 85 (2nd Cir. 1988), the Second Circuit affirmed the decision of the United States District Court for the Western District of New York denying a motion to unseal a paragraph within a plea agreement. The sealed



*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

paragraph acknowledged the defendant's cooperation with the government during its ongoing criminal investigation. The subject paragraph in the plea agreement included information that, if made public, would affect a grand jury proceeding and an ongoing criminal investigation. The Second Circuit explained:

> Protection of such privacy interests is especially important when the third parties under investigation may be unaware of the threatened danger to their interests and may not appear before the district court to protect themselves. We believe, therefore, that preservation of grand jury secrecy and the sensitivity of an ongoing criminal investigation were "higher values" justifying sealing ....

*Haller*, 837 F.2d at 88 (2nd Cir. 1988) (quoting *Press-Enterprise II*, 106 S.Ct. at 2743 (1986).

Currently, Ms. Alfonso is assisting state and federal investigators with their ongoing criminal investigations. Ms. Alfonso's cooperation and conduct with regard to these ongoing investigations are relevant characteristics for the Court to consider when sentencing Ms. Alfonso. *See* 18 U.S.C. § 3553(a) and Def's. Motion for Contiunance filed with this Motion. Ms. Alfonso's cooperation needs to be kept confidential to preserve the integrity of the ongoing investigations. If third parties, under investigation, are alerted that Ms. Alfonso is assisting federal investigators, then Ms. Alfonso's assistance, which has been requested by federal and state investigators, will be hindered.

Therefore, sealing this Motion and the accompanying Motion for Continuance is essential to preserve higher values and is narrowly tailored to serve that interest, specifically, in this situation, the discovery of additional crimes by third parties related to the actions giving rise to the instant case.



*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CONCLUSION

WHEREFORE, for all the foregoing reasons, Defendant Heather A. Alfonso respectfully moves that this Court issue an order sealing this motion and the attached Motion for Continuance.

THE DEFENDANT,
Heather A. Alfonso

By______________________________
A. Ryan McGuigan (#ct24571)
rmcguigan@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
Her Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A. Ryan McGuigan, ct24571

019279-2/M11934



*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726